UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

DAWN L. OSTRANDER                        Chapter 7
                                         Case No. 09-46941-SWR
                Debtor.              Hon: Steven W. Rhodes
_____/


**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

    The attached check in the amount of $3.19, which represents unclaimed dividends in this estate

and is paid to the Court pursuant to 11 U.S.C. §347.  The name and address of the party entitled to the

unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 5 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $3.19 |

**TOTAL:**    **$3.19**

Dated:   12/14/09               /s/ Stuart A. Gold
                                        Stuart A. Gold, Trustee
                                        24901 Northwestern Hwy., Ste 444
                                        Southfield, MI 48075-2223
                                        (248) 350-8220
                                        stuart.gold@7trustee.net